43    Supreme Court. 1824

*Robt. A Forsyth*
*vs:*
*W^m Gilkinson et alii*

Filed in open Court 9th Oct: 1824
JER. V R TEN EYCK D^y Clerk

SUPREME COURT TOWIT

SEPTEMBER TERM IN THE YEAR OF OUR LORD ONE THOUSAND EIGHT
HUNDRED AND TWENTY FOUR

*Robert A Forsyth adm^r*  ⎫
        *vs*            ⎬    Action of right
*William Gilkinson & alii* ⎭

In this case William Woodbridge for deft's moves the Court here that
the writ in this case issued be set aside & quashed for the causes following
towit
1st that the said writ is irregular & the same was irregularly issued
2 that it does not appear that the same was regularly served &
3d that the same was irregularly returned &
4. that the same is not according to the law of the Land.
                                        W^M WOODBRIDGE

[In the handwriting of William Woodbridge]